UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLYDE REID,

                Petitioner,

    -against-

WARDEN W. WALKER,

               Respondent.

---

22-CV-6564 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

    By order dated August 3, 2022, the Court directed Petitioner, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the $5.00 in fees required to file a *habeas corpus* petition in this court. That order specified that failure to comply would result in dismissal of the petition. On August 23, 2022, the order was returned to the Court with a notation on the envelope indicating that Petitioner is no longer held at that facility. Petitioner has not complied with the Court's order, has failed to notify the Court of a change of mailing address, and has not initiated any further contact with the Court, written or otherwise Accordingly, the petition is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to issue judgment in this case.

SO ORDERED.

Dated:   September 12, 2022
         New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge