UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLYDE REID,,<br><br>       Petitioner,<br><br>  -against-<br><br>S. WALKER,<br><br>       Respondent. | 22-CV-6564 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the September 12, 2022, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: September 12, 2022
    New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
               Chief United States District Judge